ADRIENNE BOATE, Appellant, *v.* GERSHOM BOATE, Respondent.

(Supreme Court, Appellate Term, Second Department, June, 1921.)

*Boate* v. *Boate,* 114 *Misc. Rep.* 321, *affirmed.*

Judgment affirmed with twenty-five dollars costs, on the opinion by Justice Law in the court below. See also *Charruaud* v. *Charruaud,* 1 N. Y. Leg. Obs. 134. The holding in the case of *Muhr's Estate,* 59 Penn. Sup. Ct. Rep. 393, is disapproved. No opinion.